## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

```
-----------------------------------------------X
VERIZON SERVICES                           :
ORGANIZATION INC.,                         :
                                           :
              Plaintiff,                   :
                                           :        Civil Action No. _____
v.                                         :
                                           :
COMMUNICATIONS WORKERS OF                  :
AMERICA, AFL-CIO,                          :
                                           :
              Defendant.                   :
-----------------------------------------------X
```

## DEFENDANT VERIZON SERVICES ORGANIZATION INC.'S
## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Pursuant to Fed. R. Civ. P. 7.1, and LCvR 7.1 of the Local Rules of the United States

District Court for the District of Columbia, Plaintiff Verizon Services Organization Inc. files this

Corporate Disclosure Statement and certifies as follows:

I, the undersigned, counsel of record for Verizon Services Organization Inc., certify that,

to the best of my knowledge and belief, the following are parent companies, subsidiaries or

affiliates of Verizon Services Organization Inc. that have outstanding securities in the hands of

the public.

Verizon Communications, Inc. is a publicly traded corporation which owns the following

other subsidiaries having securities in the hands of the public:

Verizon California Inc.

Verizon Delaware LLC.

Verizon Florida LLC.

WAI-2825941v1

Verizon Maryland Inc.

Verizon New England Inc.

Verizon New Jersey Inc.

Verizon New York Inc.

Verizon North Inc.

Verizon Northwest Inc.

Verizon Pennsylvania Inc.

Verizon South Inc.

GTE Southwest Incorporated (d/b/a/ Verizon Southwest)

Verizon Virginia Inc.

Verizon West Virginia Inc.

Verizon Washington, DC Inc.

Verizon West Virginia Inc.

Cellco Partnership (d/b/a/ Verizon Wireless)

Verizon Capital Corp.

Verizon Business Global LLC

In addition, Verizon Communications Inc. owns a minority (approximately 40%) but controlling interest in Grupo Iusacell, S.A. de C.V., which has publicly traded stocks and bonds (and associated ADR's), and a 52% interest in Telecomunicaciones de Puerto Rico, Inc. which has publicly traded notes.  Verizon also owns non-controlling minority interests in various companies that have publicly held securities.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

*Thomas M. Beck 5-4-07*

Thomas M. Beck (D.C. Bar No. 437680)
JONES DAY
51 Louisiana Avenue, N.W.
Washington D.C.  20001-2113
Phone:  (202) 879-3939
Fax:  (202) 626-1700

Attorneys for Plaintiff Verizon
Services Organization Inc.