UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

```
-----------------------------------------------------X
VERIZON SERVICES                                     :
ORGANIZATION INC.,                                   :
                                                     :
                Plaintiff,                           :
                                                     :   Civil Action No. 1:07-cv-00834-RWR
v.                                                   :
                                                     :
COMMUNICATIONS WORKERS OF                            :
AMERICA, AFL-CIO,                                    :
                                                     :
                Defendant.                           :
-----------------------------------------------------X
```

## PLAINTIFF VERIZON SERVICES ORGANIZATION INC.'S AMENDED DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Pursuant to Fed. R. Civ. P. 7.1, and LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia, Plaintiff Verizon Services Organization Inc. files this amended Corporate Disclosure Statement and certifies as follows:

I, the undersigned, counsel of record for Verizon Services Organization Inc., certify that, to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Verizon Services Organization Inc. that have outstanding securities in the hands of the public.

Verizon Communications, Inc. is a publicly traded corporation which owns the following other subsidiaries having securities in the hands of the public:

    Verizon California Inc.

    Verizon Delaware LLC.

    Verizon Florida LLC.

WAI-2825941v1

Verizon Maryland Inc.

Verizon New England Inc.

Verizon New Jersey Inc.

Verizon New York Inc.

Verizon North Inc.

Verizon Northwest Inc.

Verizon Pennsylvania Inc.

Verizon South Inc.

GTE Southwest Incorporated (d/b/a/ Verizon Southwest)

Verizon Virginia Inc.

Verizon West Virginia Inc.

Verizon Washington, DC Inc.

Verizon West Virginia Inc.

Cellco Partnership (d/b/a/ Verizon Wireless)

Verizon Capital Corp.

Verizon Business Global LLC

In addition, Verizon Communications Inc. owns a minority (approximately 40%) but controlling interest in Grupo Iusacell, S.A. de C.V., which has publicly traded stocks and bonds (and associated ADR's), and a 52% interest in Telecomunicaciones de Puerto Rico, Inc. which has publicly traded notes. Verizon also owns non-controlling minority interests in various companies that have publicly held securities.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

*[signature]* 5-10-07
Thomas M. Beck (D.C. Bar No. 437680)
JONES DAY
51 Louisiana Avenue, N.W.
Washington D.C. 20001-2113
Phone: (202) 879-3939
Fax: (202) 626-1700

Attorneys for Plaintiff Verizon
Services Organization Inc.

# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001-2113
TELEPHONE: 202-879-3939 • FACSIMILE: 202-626-1700

Direct Number: (202) 879-3757
tmosborne@jonesday.com

JP011042
199977-600755

May 10, 2007

<u>VIA ECF</u>

Nancy Mayer-Whittington
Clerk of the Court
United States District Court for
The District of Columbia
333 Constitution Avenue, N.W.
Washingtion, D.C. 20001

       Re:   <u>Verizon Services Organization Inc. v. Communication Workers of America, AFL-CIO</u>, Civil Action No. 1:07-cv-00834-RWR

Dear Ms. Mayer-Whittington:

    Enclosed for filing please find Defendant's Amended Disclosure of Corporate Affiliations and Financial Interests. We are filing an Amended Disclosure because in the title of the original Disclosure filed on May 4, 2007 we inadvertently referred to Verizon as the defendant instead of the plaintiff. The Amended Disclosure correctly identifies Verizon as the plaintiff, but otherwise is identical to the original Disclosure in all other respects.

Very truly yours,

Tonya Michelle Osborne

Enclosures

cc:   Thomas M. Beck (w/o enclosures)

WAI-2811139v2

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON