MARY K. O'MELVENY
STEPHEN KOSLOW
Communications Workers of America, AFL-CIO
501 3rd Street NW
Washington, D. C. 20001
Telephone 202.434.1234
Fax 202.434.1219

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| VERIZON SERVICES ORGANIZATION INC., | )<br>)<br>) |
| Plaintiff and Counterdefendant, | )<br>) |
| v. | ) No.   1:07 cv 00834 RWR<br>) |
| COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO, | )<br>)<br>) |
| Defendant and Counterclaimant. | )<br>)<br>)<br>) |

**(PROPOSED) ORDER STAYING PROCEEDINGS**

**IT IS HEREBY ORDERED THAT:**

1.   The status conference shall be continued for ____ days, until December ___, 2007.

2. All proceedings in this case, including discovery, shall be stayed until after the continued date of the status conference.

3. The parties shall file a new Joint Rule 16 Report 10 (ten) days prior to the continued date of the status conference.


SO ORDERED:

_____
**Richard W. Roberts**
**United States District Judge**