UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------X
VERIZON SERVICES            :
ORGANIZATION INC.,          :
          Plaintiff,   :
                               :   Civil Action No. 1:07 cv 00834 RWR
v.                          :
                               :
COMMUNICATIONS WORKERS OF   :
AMERICA, AFL-CIO,           :
                               :
          Defendant.   :
------------------------------------------------------X

**NOTICE OF FILING**
**PLAINTIFF'S REVISED PROPOSED SCHEDULING ORDER**

      Plaintiff Verizon Services Organization Inc. ("Plaintiff or "Verizon"), through its undersigned counsel, and at the request of Defendant Communications Workers of America, AFL-CIO ("Defendant" or "CWA"), hereby submits Plaintiff's Revised Proposed Scheduling Order. Plaintiff is filing the revised proposed order to make clear that Defendant does not join in the schedule set forth in the original proposed order submitted with the Parties Joint Rule 16.3 Statement. The proposed deadlines set forth in the revised proposed order are identical to the dates set forth in the original proposed order; however, the title and introductory sentence have been revised explicitly to state that the proposed order is submitted on behalf of Plaintiff only and that Defendant does not join in it.

Respectfully submitted,


/s/  Thomas M. Beck
Willis J. Goldsmith (D.C. Bar No. 945956)
Thomas M. Beck (D.C. Bar No. 437680)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

Attorneys for Plaintiff Verizon Services Corporation Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 27, 2007, a copy of the foregoing Notice of Filing Plaintiff's Revised Proposed Scheduling Order was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                        /s/ Tonya Osborne

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------------------------X
VERIZON SERVICES  :
ORGANIZATION INC.,  :
         Plaintiff,  :
    :    Civil Action No. 1:07 cv 00834 RWR
v.  :
  :
COMMUNICATIONS WORKERS OF  :
AMERICA, AFL-CIO,  :
  :
         Defendant.  :
---------------------------------------------------X

## PLAINTIFF'S REVISED PROPOSED SCHEDULING ORDER

Plaintiff Verizon Services Organization Inc. hereby respectfully proposes that the following schedule govern this matter; Defendant does not join in this Proposed Scheduling Order.

| | |
|---|---|
| Rule 26(a)(1) Initial Disclosures: | n/a |
| Joinder of Parties/Amendment of Pleadings | September 26, 2007 |
| Close of Discovery | November 30, 2007 |
| Dispositive Motions: | December 21, 2007 |
| Opposition Briefs: | January 11, 2008 |
| Reply Briefs: | January 18, 2008 |

SO ORDERED:

_____
RICHARD W. ROBERTS
United States District Judge