MARY K. O'MELVENY
STEPHEN KOSLOW
Communications Workers of America, AFL-CIO
501 3rd Street NW
Washington, D. C. 20001
Telephone 202.434.1234
Fax 202.434.1219

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VERIZON SERVICES ORGANIZATION INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff and Counterdefendant, | ) | |
| | ) | |
| v. | ) No. | 1:07 cv 00834 RWR |
| | ) | |
| COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO, | ) | |
| | ) | |
| Defendant and Counterclaimant. | ) | |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF FILING
## PROPOSED ORDER STAYING PROCEEDINGS

Defendant Communications Workers of America, AFL-CIO ("Defendant" or "CWA"),

through its undersigned counsel, hereby submits a Proposed Order Staying Proceedings. Defendant

is submitting this Proposed Order in conjunction with the parties' previously filed Joint Rule 16.3

Statement.


By: _/s/ Stephen Koslow_____.

STEPHEN KOSLOW
DC BAR NO. 424700

MARY K. O'MELVENY
D.C. BAR No. 418890

501 3rd Street NW
Washington, D. C. 20001
Telephone 202.434.1234
Fax 202.434.1219

DAVID A. ROSENFELD, Bar No. 058163
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Defendant and Counterclaimant
COMMUNICATIONS WORKERS OF
    AMERICA, AFL-CIO,

CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2007, a copy of the foregoing Notice of Filing of Proposed Order Staying Proceedings was electronically filed.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ Stephen Koslow                    .

MARY K. O'MELVENY
STEPHEN KOSLOW
Communications Workers of America, AFL-CIO
501 3rd Street NW
Washington, D. C. 20001
Telephone 202.434.1234
Fax 202.434.1219


## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA


| | |
|---|---|
| VERIZON SERVICES ORGANIZATION INC., | ) ) ) |
| Plaintiff and Counterdefendant, | ) ) |
| v. | ) No.    1:07 cv 00834 RWR ) |
| COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO, | ) ) ) |
| Defendant and Counterclaimant. | ) ) ) ) |


## (PROPOSED) ORDER STAYING PROCEEDINGS


**IT IS HEREBY ORDERED THAT:**


1.     **The status conference shall be continued for _____ days, until December ___, 2007.**

2.      All proceedings in this case, including discovery, shall be stayed until after the continued date of the status conference.

3.      The parties shall file a new Joint Rule 16 Report 10 (ten) days prior to the continued date of the status conference.

SO ORDERED:

_____
Richard W. Roberts
United States District Judge