MARY K. O'MELVENY
STEPHEN KOSLOW
Communications Workers of America, AFL-CIO
501 Third Street, NW
Washington, DC  20001
Telephone 202.434.1234
Fax 202.434.1219

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| VERIZON SERVICES ORGANIZATION INC., | ) ) ) |
| Plaintiff and Counterdefendant, | ) ) ) |
| v. | ) No. 1:07 CV 00834 RWR ) |
| COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO, | ) ) ) ) |
| Defendant and Counterclaimant. | ) ) ) ) ) |

**CWA'S OPPOSITION TO VERIZON'S RENEWED
MOTION TO RECONSIDER STAY OF DISCOVERY**

In its Supplemental Memorandum in Support of Verizon Services Organization Inc.'s Motion to Reconsider the Stay of Discovery, Verizon contends that lifting of the discovery stay is warranted because there is "no end in sight" in the arbitration before the TPN. However, Verizon neglects to acknowledge its responsibility for delaying the conclusion of the arbitration. The proceedings before the TPN would have been concluded months ago were it not for Verizon's unwillingness to agree to CWA's requests to schedule a sufficient number of hearing

dates to ensure earlier completion and its insistence upon excessively long adjournments between hearing dates. (Exh. A, Supplemental Declaration of Mark Bixler at ¶ 3-5).

Despite Verizon's delaying tactics, the arbitration is moving forward, albeit more slowly than CWA would have hoped. CWA has completed its case-in-chief, and Verizon is three days into its presentation. Four more days of hearing have been set for June 2008.

For the reasons set forth in its previously-filed opposition to Verizon's Motion to Reconsider Stay of Discovery, CWA submits that the interests of judicial economy will be best served by continuing the present stay of discovery and delaying the filing of dispositive motions until the TPN issues his award in the underlying arbitration.

Respectfully submitted,

s/ Stephen Koslow        .
STEPHEN KOSLOW
DC Bar No. 424700

MARY K. O'MELVENY
D.C. Bar No. 418890

501 Third Street, NW
Washington, DC  20001
Telephone 202.434.1234
Fax 202.434.1219

Attorneys for Defendant
 and Counterclaimant
COMMUNICATIONS WORKERS OF
 AMERICA, AFL-CIO,

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March, 2008, a copy of the foregoing CWA's Opposition to Verizon's Renewed Motion to Reconsider Stay of Discovery was electronically filed. Notice of the filing will be sent to all parties by operation of the Court's electronic filing system.

s/Stephen Koslow<br>
Stephen Koslow

MARY K. O'MELVENY
STEPHEN KOSLOW
Communications Workers of America, AFL-CIO
501 Third Street, NW
Washington, DC  20001
Telephone 202.434.1234
Fax 202.434.1219

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| VERIZON SERVICES ORGANIZATION INC., | ) ) ) |
| Plaintiff and Counterdefendant, | ) ) ) |
| v. | ) No. 1:07 cv 00834 RWR ) |
| COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO, | ) ) ) ) |
| Defendant and Counterclaimant. | ) ) ) ) |

### SUPPLEMENTAL DECLARATION OF MARK BIXLER

I, MARK BIXLER, have personal knowledge of the facts below and, if called upon as a witness, could and would competently testify to the truth of said facts:

1.  I am Area Director for District 9 of the Communications Workers of America ("CWA"). My responsibilities include directing organizing efforts among employees of Verizon Services, Inc. ("Verizon").

2.  I have been involved in the scheduling of hearing dates before Third Party Neutral Louis M. Zigman ("TPN") on CWA's objections to Verizon's pre-election conduct in connection

with CWA's organizing efforts at Verizon Services MCOW facility, and I have been present throughout the hearing to date.

3. The hearing before the TPN would have been concluded long ago were it not for Verizon's efforts to delay these proceedings. As I stated in my prior declaration in this case, CWA initially proposed commencing the hearing in June 2007, but Verizon refused to begin the hearing until August 2007. The TPN held four days of hearing in August, and the parties agreed to another four days of hearing in October. However, only two days of hearing were held in October 2007 because Verizon canceled the remaining hearing dates.

4. At the conclusion of the October hearing dates, Verizon insisted on postponing further hearings until February 2008. Six days of hearing were scheduled for February 9-13, 2008, based on the parties' estimates of the additional time required for them to present their cases. CWA concluded its presentation on the fourth day. When it became apparent that Verizon would not be able to complete its case within the amount of time it had estimated, CWA proposed scheduling further dates in February to bring the hearing to a close. Rejecting CWA's proposals to continue the hearing to conclusion in February, or, in the alternative, to March, April or May 2008 dates suggested by CWA, Verizon insisted on postponing resumption of the hearing until June 2008.

5. In addition to insisting on long delays between hearing dates, Verizon has further protracted the proceedings before the TPN by refusing to agree to schedule hearings for Mondays or Fridays of any week, or if scheduled, Verizon insisted on shortened sessions.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

2

Executed on March 20, 2008 in Denver, Colorado.

_____
Mark Bixler